# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2012

Robert P. Young, Jr.,
Chief Justice

145181

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DANIEL ADAIR, *et al.*,
     Plaintiffs,

v

COURT OF APPEALS,
     Defendant.

SC: 145181
COA: 230858

_____/

On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.

MARILYN KELLY, J., would grant superintending control.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2012

_____
Clerk

t1031